IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 15 AM 9:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,            JUDGMENT

    Plaintiff,

v.

LEON BART WHITE,                     Cv. No. 05-2011 Ml/V
                                     Cr. No. 03-20004 Ml
    Defendant.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion under 28 U.S.C. § 2255, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered November 15, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 15, 2005
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02011 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leon B. White
FPC-MONTGOMERY
18788-076
Maxwell Air Force Base
Montgomery, AL 36112

Honorable Jon McCalla
US DISTRICT COURT